UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHON McDANIELS,<br><br>   Petitioner,<br><br> v.<br><br>MARTIN BITER, Warden,<br><br>   Respondent. | NO. CV 14-5251-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 22, 2017

                  _____
                    STEPHEN V. WILSON
                   United States District Judge